**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6938**

SCOTT KEMPKER,

        Petitioner - Appellant,

        v.

F. ENTZEL,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:19-cv-00302-JPB-JPM)

Submitted:  September 22, 2020            Decided:  September 25, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Scott Kempker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Kempker, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition challenging the sanctions imposed following a prison disciplinary hearing. He also appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Kempker v. Entzel*, No. 5:19-cv-00302-JPB-JPM (N.D.W. Va. Apr. 28 & June 24, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*